IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff <br> vs <br> 1) ARCADIO HERNANDEZ-SOTO <br> **2) WILLIAM RIVERA-GARCIA** <br> 3) JOEL HERNANDEZ-HERNANDEZ <br> 4) ROLANDO NIEVES-VALENTIN <br> 5) NEFTALI VALENTIN-FRED <br> Defendants | CRIMINAL 10-0318CCC |

# O R D E R

Having considered the Report and Recommendation filed on March 31, 2011 (**docket entry 80**) on a Rule 11 proceeding of defendant William Rivera-García (2) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on March 29, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant William Rivera-García is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 29, 2011. The **sentencing hearing is set for June 30, 2011 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on April 11, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge